# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136275

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 136275
                                  COA: 277204
                                  Genesee CC: 05-016721-FH

JEFFREY EDWARD FILIP,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 4, 2008 judgment of the Court of Appeals is considered, and it is DENIED as moot due to the circumstances of the defendant's sentence. The defendant was discharged from parole on September 1, 2008.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2008                                _____

d1211                                               Clerk